[No. 68456-6-I.   Division One.   October 1, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN ANDREW JANDA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-05571-8, Hollis R. Hill, J., entered April 20, 2011. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Cox and Appelwick, JJ. Now published at 174 Wn. App. 229.